**Electronically Filed
Supreme Court
SCAP-15-0000106
01-NOV-2016
02:31 PM**

SCAP-15-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NARCIS D. SALERA; GLENN E. COMPANION; UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO; JOHN DOES 1-10; AND JANE DOES 1-10, Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

KIRK W. CALDWELL, Mayor, City and County of Honolulu; CAROLEE C. KUBO, Director, Department of Human Resources, City and County of Honolulu; LORI M. K. KAHIKINA, Director, Department of Environmental Services, City and County of Honolulu; and CITY AND COUNTY OF HONOLULU, Petitioners/Defendants-Appellants/Cross-Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE NON-PROFIT ORGANIZATIONS 1-10; AND ROE GOVERNMENTAL ENTITIES 1-10 (2014-013), Defendants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000106; CIV. NO. 14-1-2655-12)

<u>ORDER OF CORRECTION</u>
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on May 11, 2016, is corrected on page 35, line 12 by inserting the word "for" after "Motion" and before "Temporary."

DATED: Honolulu, Hawaiʻi, November 1, 2016.

FOR THE COURT:

/s/ Richard W. Pollack
Associate Justice

